**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| Teresa Acinelli ) | Case Number: 18-40305-399 |
| ) | |
|    Debtor ) | |
| ) | Chapter 13 |
| U.S. Bank National Association, not in its ) | |
| individual capacity but solely as trustee for ) | Motion to Lift Stay filed by |
| the RMAC Trust, Series 2016-CTT ) | U.S. Bank National Association, not in its |
| ) | individual capacity but solely as trustee for |
|    Movant ) | the RMAC Trust, Series 2016-CTT |
| ) | |
| vs. ) | |
| ) | Millsap & Singer, LLC |
| Teresa Acinelli ) | 612 Spirit Drive |
| ) | St. Louis, MO 63005 |
|    Debtor ) | (636) 537-0110 |
| ) | |
| Gene A Acinelli ) | **Hearing Date: August 1, 2018** |
| ) | **Hearing Time: July 25, 2018** |
|    Co-Debtor ) | **Objection Deadline: 9:00 AM** |
| ) | |
| and ) | |
| ) | |
| Diana S. Daugherty ) | |
| ) | |
|    Trustee ) | |
| ) | |
|    Respondents ) | |

**NOTICE OF HEARING AND
MOTION FOR RELIEF FROM AUTOMATIC STAY,
RELIEF FROM CO-DEBTOR STAY, OR
IN THE ALTERNATIVE, TO DISMISS**

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR**

MS 186616.382666

**RESPONSE BY JULY 25, 2018.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.  THE HEARING TO BE HELD ON THE DATE AND TIME ABOVE BEFORE THE HONORABLE BARRY S. SCHERMER, IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF MISSOURI, THOMAS F. EAGLETON U.S. COURTHOUSE, 111 SOUTH TENTH STREET, FLOOR 5, NORTH COURTROOM, ST. LOUIS, MO 63102.**

COMES NOW, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT and for its Motion for Relief from Automatic Stay, Relief from Co-Debtor Stay, or, in the Alternative, to Dismiss states as follows:

1. On January 19, 2018, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code.  Diana S. Daugherty is the duly appointed and qualified Trustee in this case.

2. U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT is the holder of a secured claim in this proceeding by virtue of one Promissory Note dated July 24, 2007 in the original principal amount of $200,000.00.  A copy of said Note has been electronically attached to this document as Exhibit A and is made a part hereof by this reference.

3. Said Note is secured by a Deed of Trust dated July 24, 2007 and recorded in Book 2007R, Page 035098 constituting a first lien on real estate owned by the Debtor. Said property being commonly known as 3132 Highway FF, Eureka, MO 63025-3405; more particularly described as follows:

> A TRACT OF LAND BEING PART OF U.S. SURVEY 1949, TOWNSHIP 43 NORTH, RANGE 3 EAST, IN JEFFERSON COUNTY, MISSOURI, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT AN OLD IRON PIN AT THE SOUTHEAST CORNER OF U.S. SURVEY, 1897; THENCE NORTH 58 DEGREES 22 MINUTES 08 SECONDS EAST, 2,709.40 FEET TO A RIGHT OF WAY MARKER ON THE SOUTHEAST RIGHT OF WAY LINE OF MISSOURI STATE HIGHWAY FF AT STATION 112+98.7, BEING THE POINT OF BEGINNING OF THE TRACT OF LAND HEREIN DESCRIBED; THENCE NORTH 33 DEGREES 36 MINUTES 56 SECONDS EAST, 265.00 FEET ALONG SAID RIGHT OF WAY; THENCE LEAVING SAID RIGHT OF WAY SOUTH 56 DEGREES 23 MINUTES 04 SECONDS EAST 334.29 FEET; THENCE SOUTH 31 DEGREES 30 MINUTES WEST 513.36 FEET TO AN IRON ROD; THENCE NORTH 53 DEGREES 49 MINUTES 24 SECONDS WEST, 372.03 FEET TO A POINT ON THE RIGHT OF WAY OF SAID HIGHWAY "FF"; THENCE ALONG THE ARC OF A CURVE TO THE LEFT, HAVING A RADIUS OF 1,462.69 FEET, AN ARC LENGTH OF 232.36 FEET AND A BEARING ALONG THE CHORD OF NORTH 38 DEGREES 10 MINUTES EAST TO THE POINT OF BEGINNING.

A copy of said Deed of Trust, which is recorded in the Jefferson County Recorder of Deeds Office, has been electronically attached to this document as Exhibit B and is made a part hereof by this reference.

4. Movant seeks to enforce said Note and Deed of Trust as by law allowed. No creditor or Trustee of the estate has any interest in said realty superior to the rights of Movant.

5. This Court previously entered its Order pursuant to 11 U.S.C. Section 362(a) prohibiting, among other things, any act to enforce any lien against the property of the estate and any act to obtain possession of property of the estate.

6. As of June 6, 2018, the current pay off on said note is as follows:

    Principal                                                      $253,662.46

MS 186616.382666



| | |
|---|---:|
| Interest | $8,040.84 |
| Late Charges | $567.71 |
| Escrow | $3,563.63 |
| NSF Charges | $25.00 |
| Suspense | ($3,363.25) |
| Total- Fees | $90.00 |
| Other Fees Due | $5.00 |
| Recoverable Balance | $1,576.00 |
| Total Pay Off | $264,167.39 |

7. The Chapter 13 Plan filed by the Debtor calls for treatment of the secured claim with payments being made by the Debtor. Monthly post petition payments are owing and delinquent from April 1, 2018 to the present. The following are the payments that are delinquent as of June 6, 2018:

| | |
|---|---:|
| 3 payments @ $1,287.13 | $3,861.39 |
| Total Arrearages | $3,861.39 |

The next payment under the terms of the Note will come due on July 1, 2018 and is in the amount of $1,287.13. A post-petition payment history has been electronically attached to this document as Exhibit C and is made a part hereof by this reference.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred attorney fees in the amount of $600.00 and costs in the amount of $181.00. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. The aforesaid realty has depreciated in value while in possession of the Debtor. There is no equity in said property for the benefit of the Debtor. Such property is not necessary for an effective reorganization.

10. Good and sufficient cause exists in this case to modify the automatic stay of Section 362 for the reason that:

MS 186616.382666



(a) Post-petition payments to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT have not been paid by the Debtor.

(b) U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT does not have adequate protection for its interest in said real estate.

(c) If U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT is not permitted to foreclose its security interest in said real estate, it will suffer irreparable injury, loss and damage.

(d) The Chapter 13 plan with respect to U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT was not proposed in good faith as required by 11 U.S.C. Section 1325(a)(3) notwithstanding confirmation by the Court.

11. Movant specifically requests permission from this Honorable Court to communicate with Debtor and Counsel for Debtor to the extent provided for under applicable nonbankruptcy law to discuss loss mitigation options including alternatives to foreclosure.

WHEREFORE, Movant prays that this Court terminate the automatic stay and co-debtor stay in regard to the realty in order to permit Movant, or its successors and assigns to proceed with foreclosure on the aforesaid property, to pursue its remedies under state law in connection with the aforesaid Deed of Trust and Note, and to pursue its remedies under state law for possession of said property after foreclosure, to proceed with any foreclosure alternatives and for an order that the relief from the automatic stay is not stayed pursuant to Rule 4001 for fourteen (14) days. In the alternative, Movant prays that this Court dismiss this case for failure to abide by the terms and conditions of the Chapter 13 plan, and for such other relief as is appropriate and just.

MS 186616.382666



Dated June 14, 2018

        Respectfully Submitted,
        Millsap & Singer, LLC

        */s/ Stewart C. Bogart*
        Cynthia M. Kern Woolverton, #47698, #47698MO
        William T. Holmes, II, #59759, #59759MO
        Stewart C. Bogart, #67956, #67956MO
        612 Spirit Drive
        St. Louis, MO  63005
        Telephone:   (636) 537-0110
        Facsimile:    (636) 537-0067
        bkty@msfirm.com
        Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

## **CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing document was filed electronically on June 14, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

        */s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Andrew R. Magdy

    Diana S. Daugherty

    Office of the United States Trustee


MS 186616.382666

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

> Teresa Acinelli
> 3132 Hwy FF
> Eureka, MO 63025

> Gene A Acinelli
> 3132 Hwy FF
> Eureka, MO 63025



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Teresa Acinelli | ) | Case Number: 18-40305-399 |
| | ) | |
|    Debtor | ) | |
| | ) | Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | ) | Motion to Lift Stay filed by U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT |
|    Movant, | ) | |
| vs. | ) | |
| Teresa Acinelli | ) | Millsap & Singer, LLC |
| | ) | 612 Spirit Drive |
|    Debtor | ) | St. Louis, MO 63005 |
| | ) | (636) 537-0110 |
| Gene A Acinelli | ) | |
|    Co-Debtor | ) | |
| and | ) | |
| Diana S. Daugherty | ) | |
|    Trustee | ) | |
|    Respondents | ) | |

## SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Motion for Relief have been electronically attached as Exhibits and are available upon request in their entirety.

      A.    Note
      B.    Deed of Trust
      C.    Post Petition Payment History

                                     Respectfully Submitted,
                                     Millsap & Singer, LLC

MS 186616.382666



*/s/ Stewart C. Bogart*
Cynthia M. Kern Woolverton, #47698, #47698MO
William T. Holmes, II, #59759, #59759MO
Stewart C. Bogart, #67956, #67956MO
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com
Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of all documents supporting my Motion for Relief referenced above, including legible copies of all documents evidencing perfection of security interests have been served on the Trustee, Counsel for the Debtor and Co-Debtor(s) on June 14, 2018. Copies of the above documents are available to other parties in interest upon request.

*/s/ Stewart C. Bogart*